No. 869. WALLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Wilfred C. Rice* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 871. DACEY v. FLORIDA BAR, INC., ET AL. C. A. 5th Cir. Certiorari denied. *Arthur Stephen Penn* and *Andrew M. Lawler, Jr.,* for petitioner. *William C. Steel* for respondents.

No. 876. CAMPIONE v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Joseph M. Howard* for the United States.

No. 878. CREVASSE, SHERIFF v. THOMAS. C. A. 5th Cir. Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, for petitioner.

No. 883. COMAN v. CHIEF COUNSEL OF THE JUDICIAL INQUIRY ON PROFESSIONAL CONDUCT, NASSAU COUNTY. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Ben A. Matthews, Harold Harper,* and *Vincent P. Uihlein* for petitioner. *Edward Margolin, pro se,* and *Donald J. Payton* for respondent.

No. 884. BERRIGAN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Harold Buchman, Sidney Albert,* and *Fred E. Weisgal* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Philip R. Monahan* for the United States.